**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JAN 2 3 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NUMBER 14-40003-JPG |
| | ) | |
| JOSE A. ROMAN, | ) | 21 U.S.C. §841 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Distribution of Methamphetamine**

On or about May 7, 2013, at approximately 3:45 p.m., in Jefferson County, within the Southern District of Illinois,

**JOSE A. ROMAN,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

**Distribution of Methamphetamine**

On or about May 7, 2013, at approximately 5:25 p.m., in Jefferson County, within the Southern District of Illinois,

**JOSE A. ROMAN,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

STEPHEN R. WIGGINTON
United States Attorney

George A. Norwood
Assistant United States Attorney

Recommended Bond:   Detention