AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

United States of America
v.

JOSE A. ROMAN

)
)
)   Case No. 14-40003-JPG
)
)
)
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSE A. ROMAN                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2: distribution of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)
(C).

Date: 1/23/2014

City and state:  East St. Louis, IL

_Issuing officer's signature_

**NANCY J. ROSENSTENGEL**, Clerk

_Printed name and title_

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                         _____<br>_Arresting officer's signature_<br><br>_____<br>_Printed name and title_ |